John G. Cavanagh, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. John Walters and Others, Respondents.—

Order denying plaintiff's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.